**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| RALPH LYDELL VEASEY | ) | |
| | ) | |
| V. | ) | 3-07-CV-139-R |
| | ) | |
| CRIMINAL DISTRICT COURT NO. 2 | ) | |
| Dallas County, Texas, et al | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation de novo. Under that standard of review, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 6th day of April, 2007.

*Jerry Buchmeyer*

JERRY BUCHMEYER
UNITED STATES DISTRICT JUDGE